IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MAYF NUTTER,

    Plaintiff,

v.                                                  Civil Action No. 5:05CV65
                                                          (STAMP)

CLEAR CHANNEL COMMUNICATIONS, INC. and
OSBORN ENTERTAINMENT ENTERPRISES CORPORATION,

    Defendants.

## ORDER SCHEDULING STATUS AND SCHEDULING CONFERENCE

On September 21, 2007, this Court granted the plaintiff's motion to alter or amend order. Following that ruling, this Court finds that a status and scheduling conference in this matter would be beneficial. The parties are directed to appear by counsel for a status and scheduling conference on **October 1, 2007 at 10:00 am.** at the Wheeling point of holding court. The parties are further directed to meet and confer prior to the scheduling conference so that counsel is prepared to discuss their discovery requirements with the Court. Additionally, because mediation of this matter was stayed pending resolution of the plaintiff's motion to alter or amend, the parties should be prepared to discuss whether and when this case would benefit from mediation.

The Court will permit those out-of-town attorneys having their offices further than forty miles from the point of holding court to participate in the conference by telephone. However, any such attorney shall advise the Court at least three working days prior

to the conference of his or her intention to participate by telephone and shall (1) inform all counsel of his or her appearance by telephone; (2) confer with other out-of-town attorneys to determine if they wish to appear by telephone; (3) advise the Court of the name of the attorney who will initiate the conference call and all such attorneys appearing by telephone; and (4) initiate a timely conference telephone call with such attorneys to the Court at 304/233-1120 at the time of the scheduled conference. If the attorneys cannot reach agreement as to the initiator of the call, the Court will make that determination.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:   September 21, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE